FILED

MAR 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 Tai Huynh
T42770 B3-201
2 P.O. Box 1050
SVSP
3 Soledad, CA 93960

4 Petitioner, In Pro Per

United States District Court

Eastern District of California

| | |
|---|---|
| Tai Huynh, | Case No. 2:09-cv-1979 CKD P |
| Petitioner, | |
| -v- | Enlargement of Time To File Objections |
| Susan Hubbard, et al; | |
| Respondent. | |

Petitioner in the above entitled matter hereby moves this court pursuant to L.R. 6-136 and Fed.R.Civ.P., Rule 6() and hereby request an additional 30 days in which to file my objections to (Doc#65).

This is Petitioners first extention and it will provide me with sufficient amount of time to present the court with an sound objection. This enlargement will be based upon all records and documents along with my attached declaration to support my position. For good cause shown the court should grant the enlargement.

March-18-2014

Respectfully Submitted

_Tai Huynh_

Tai Huynh
T42770 B3-201
P.O. Box 1050
SVSP
Soledad, CA 93960

Petitioner, In Pro Per

United States District Court
Eastern District of California

Tai Huynh,
   Petitioner,
   -v-
Susan Hubbard, et al.,
   Respondent.

Case No. 2:09-cv-1979 CKD P

Declaration In Support of Enlargement of Time To File Objection

I Tai Huynh being duly sworn hereby depose of the following:

1). That on March 12th, 2014, I received from the District Court (Doc#65), informing me I had (7) days in which to file my objections if any to Findings and recommendations. I'm seeking this enlargement for the following reasons as I will expound upon below.

///
///
///

2). In (Doc #65) there are (7) cases which were cited I need to research for several reasons; 1). It's my position as the non-moving party I meet my burden and several case cited in the order are in direct conflict with several cases I cited. (Doc #65) cases are 9th cirth my cases are 9th cirth as well, however, my cases are more recent. I'm thinking more recent will be more authortive, this is my opinion but I need to see how the law reads because my opinion doesn't count; 2) It will take almost 7 days if not more to be given physical access to the prison law library to research the cases on the computer. The prison does have a paging system where they will send the cases via-institutional mail but that can take 10 days if not longer.

3). I have sought an extention of 30 days and I will not need another this is a critical stage given the fact summary Judgement was granted for the defendants. In the interest of fairness and as a matter of course this extention is reasonable and its made in good faith.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct executed on this 19 day of March 2014.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Tui Huynh, declare:

I am over 18 years of age and a party to this action. I am a resident of SVSP Prison, in the county of Monterey, State of California. My prison address is: P.O. Box 1050 B3-201 Soledad, CA 93960

On March-19-2014 (DATE),

I served the attached: Enlargement of Time To File objections with Declaration In support of (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court           Department of Justice
Eastern District of Cal                P.O. Box 944255
Office of The Clerk                    Sacramento, CA
501 I Street, Suite 4-200              94244-2550
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 3/19/14
(DATE)                                 (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)