# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**TAI HUYNH,**

                                                   CASE NO: **2:09–CV–01979–MCE–CKD**

      v.

**CALLISON, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/26/2014**

                                                  **Marianne Matherly**
                                                  Clerk of Court

    ENTERED: **March 26, 2014**

                                                   by: /s/ K. Zignago
                                                       Deputy Clerk