```
 1  Tai Hughn
 2  T42770 B3-201
 3  P.O. Box 1050
    SVSP
 4  Soledad, CA 93960
 5  Plaintiff, In Pro Per
 6
 7
 8          United States District Court
 9          Eastern District of California
10
11  Tai Hughn,                   NO. 2:09-cv-1979 MCE CKD P
12      Plaintiff,               RE: Notice of Appeal
13   -v-
14  Susan Hubbard, et. al.,
15      Defendants
16
17       As of 6-1-2014, Plaintiff hasn't heard from
18  the court regarding my timely notice of appeal
19  this is the 59th day.
20
21  June 1, 2014
22
```

FILED
JUN - 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Terrance Moord, declare:

I am over 18 years of age and NOT a party to this action. I am a resident of SVSP Soledad, CA 93960 Prison, in the county of Monterey, State of California. My prison address is: P.O. Box 1050

On June 1st, 2014,
(DATE)

I served the attached: RE: Notice of Appeal

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: U.S.D.C.
501 I Street, Ste 4-200
Sacramento, CA 95814-2322

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 6-1-2014
(DATE)               (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)