UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HUYNH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-1979 MCE CKD P<br><br>ORDER APPOINTING COUNSEL |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The 9th Circuit Court of Appeal remanded this case to the district court and found the appointment of counsel warranted for plaintiff in the above entitled matter. Emmett C. Stanton and Eman Sojoodi, of Fenwick & West LLP, have agreed to the continued appointment as pro bono counsel to represent plaintiff in this case.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Emmett C. Stanton and Eman Sojoodi, of Fenwick & West LLP, are appointed as counsel to continue representing plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Emmett C. Stanton at Fenwick & West LLP, 801 California St., Mountain View, CA 94041. Eman Sojoodi

1

shall be served at Fenwick & West LLP, 555 California St., 12th Floor, San Francisco, CA 94104.

Dated: August 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/huyn1979.31b