UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAI HUYNH,

        Plaintiff,

    v.

SUSAN HUBBARD, et al.,

        Defendants.

No. 2:09-cv-1979 MCE CKD P

ORDER

Plaintiff is a California state inmate proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The mandate of the Ninth Circuit Court of Appeal has issued, ordering that the appellate court's judgment, entered June 30, 2017, takes effect as of July 24, 2017. ECF No. 73. This court's denial of plaintiff's motion for the appointment of counsel was reversed, the subsequent grant of defendants' motion for summary judgment was vacated, and the case was remanded to this court. Id. Plaintiff's pro bono appellate counsel have agreed to continue representing plaintiff and have been appointed for all further matters in this case. ECF No. 75.

Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

1. A status (pretrial scheduling) conference is set for Wednesday, September 6, 2017, at 10:00 a.m. in Courtroom #24 before the undersigned. Counsel for the parties may appear

1

telephonically.

2. The parties are required to submit a joint status report to the court by August 30, 2017, briefly setting out their views on the following matters:

    a. Whether any amendments to the operative second amended complaint are anticipated;

    b. Whether any additional discovery is necessary;

    c. Whether defendants anticipate filing another motion for summary judgment; and,

    d. Whether the parties are amenable to scheduling a settlement conference in this matter.

Dated: August 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/huyn1979.statusconference.docx