1  EMMETT C. STANTON (CSB No. 83930)
   estanton@fenwick.com
2  YIXIN ZHANG (CSB No. 270527)
   yzhang@fenwick.com
3  GEOFFREY R. MILLER (CSB No. 308676)
   gmiller@fenwick.com
4  WILLIAM L. PIEROG (CSB No. 288431)
   wpierog@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA 94041
7  Telephone:   650.988.8500
   Facsimile:   650.938.5200
8
   EMAN SOJOODI (CSB No. 261293)
9  esojoodi@fenwick.com
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
   San Francisco, CA 94104
11 Telephone:   415.875.2300
   Facsimile:   415.281.1350
12
   EWA M. DAVISON (WSBA No. 39524)
13 edavison@fenwick.com
   FENWICK & WEST LLP
14 1191 Second Avenue, 10th Floor
   Seattle, WA 98101
15 Telephone:   206.389.4510
   Facsimile:   206.389.4511
16
   Attorneys for TAI HUYNH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HUYNH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　　Defendants. | Case No.: 2:09-cv-1979 MCE CKD P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFYING AMENDED DISCOVERY AND SCHEDULING ORDER** |

STIPULATION AND [PROPOSED] ORDER
FOR MODIFYING AMENDED
DISCOVERY AND SCHEDULING ORDER                                    2:09-cv-1979 MCE CKD P

Plaintiff Tai Huynh and Defendants Westin, Smith, Nelson and Callison, by and through their respective counsel of record, pursuant to L.R. 143 and 144, hereby stipulate as follows:

**WHEREAS**, the parties have been engaged in settlement discussions and strongly believe the Court ordered and supervised settlement conference will be of great benefit in this matter.

**WHEREAS**, on April 13, 2017 the Court issued an order setting a settlement conference to take place on November 30, 2017 before Magistrate Judge Edmund F. Brennan.

**WHEREAS**, the parties wish to defer discovery pending completion of the settlement conference in order to save time and costs in the event settlement is achieved.

**WHEREAS**, the parties sought to obtain an early settlement conference in October but were unable to secure a date in which both parties were available prior to November 30, 2017.

**WHEREAS**, the current deadline to complete discovery is January 8, 2018 and the deadline to file all pretrial motions, except motion to compel discovery, is April 9, 2018.

**WHEREAS**, the parties have not previously sought or obtained extensions as to the particular matters for which this extension is sought.

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties, and subject to the Court's approval, in light of the upcoming settlement conference and the parties' desire to defer discovery until after completion of the settlement conference, that the parties agree to extend all dates contained in the Court's September 8, 2017 Amended Discovery and Scheduling Order (Dkt. No. 85) by 60 days.

The agreed upon extended deadlines are as follows:

- The parties may conduct discovery until March 9, 2018. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.
- All pretrial motions, except motions to compel discovery, shall be filed on or before June 8, 2018.

The parties respectfully request that the Court adopt the parties' agreed schedule as set forth in this Stipulation for Modifying the Amended Discovery and Scheduling Order.

Dated: September 19, 2017  FENWICK & WEST LLP

By: */s/ Geoffrey R. Miller*
Eman Sojoodi (CSB No. 261293)
esojoodi@fenwick.com
Ewa M. Davison (WSBA No. 39524) (admitted pro hac vice)
edavison@fenwick.com
Geoffrey R. Miller (CSB No. 308676)
gmiller@fenwick.com

Attorneys for Plaintiff TAI HUYNH

Dated: September 19, 2017  XAVIER BECERRA
Attorney General of California

By: */s/ Joseph R. Wheeler*
JOSEPH R. WHEELER
Deputy Attorney General

Attorneys for Defendants
W. WESTIN, J. SMITH, D. NELSON and E. CALLISON

## **ORDER**

Pursuant to the foregoing stipulation, the above dates are hereby approved.

Dated: September 22, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Huyn1979.eot