# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HUYNH, | No. 2:09-cv-01979 MCE CKD P |
| Plaintiff, | |
| v. | |
| SUSAN HUBBARD, et al., | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Tai Huynh, CDCR # T-42770, a necessary and material witness in a settlement conference in this case on November 30, 2017, is confined in California Men's Colony (CMC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan to appear **by video conference** from his present place of confinement to the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on **Thursday, November 30, 2017 at 10:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued September 13, 2017.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE