1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAI HUYNH,                                    No. 2:09-cv-1979-MCE-CKD P

12                  Plaintiff,

13          v.                                     ORDER RE SETTLEMENT & DISPOSITION

14   SUSAN HUBBARD, et al.,

15                  Defendants.

16

17

18          The case was before the court for a settlement conference conducted on November 30,

19   2017. Pursuant to the representations by counsel for the parties, the court has now determined

20   that the matter has settled.

21          The court now orders that dispositional documents are to be filed not later than ninety (90)

22   days from the date of this order.

23          All hearing dates heretofore set in this matter, including the further Settlement Conference

24   currently set for December 7, 2017, are VACATED.

25   /////

26   /////

27   /////

28

1

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: December 6, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE