EMMETT C. STANTON (CSB No. 83930)
estanton@fenwick.com
YIXIN ZHANG (CSB No. 270527)
yzhang@fenwick.com
GEOFFREY MILLER (CSB No. 308676)
gmiller@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

EWA M. DAVISON (WSBA No. 39524)
edavison@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for TAI HUYNH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HUYNH,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN HUBBARD, et al.,<br><br>        Defendants. | Case No.: 2:09-cv-1979 MCE CKD P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS PER DKT. NO. 94** |

      Plaintiff Tai Huynh and Defendants, pursuant to Local Rules 143 and 144, hereby stipulate as follows:

      The parties appeared before the Court for a settlement conference on November 30, 2017. At that conference, pursuant to representations by counsel for the parties, the Court determined that the matter was settled and ordered dispositional documents to be filed not later than 90 days thereafter, or March 6, 2018. Dkt. No. 94. The parties have exchanged drafts of a settlement

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  agreement and have conferred via telephone, but have not yet been able to finalize all necessary

2  terms of the agreement.

3      The parties continue to work toward finalizing all necessary terms, and thus hereby

4  stipulate, subject to the Court's approval, to extend the deadline to file dispositional documents

5  by 60 days. This is the first extension sought as to this deadline.

6      Good cause exists for the extension as the parties, through their respective counsel, are

7  working toward a settlement agreement that will resolve this matter and have been working

8  diligently toward finalizing the settlement agreement.

9      **NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties, and

10 subject to the Court's approval, that the deadline to file dispositional documents is extended by

11 60 days.

12 Dated: March 7, 2018     FENWICK & WEST LLP

14     By: s/ *Geoffrey R. Miller*
        Geoffrey R. Miller

15     Attorneys for TAI HUYNH

17 Dated: March 7, 2018     XAVIER BECERRA
    Attorney General of California

19     By: s/ *Joseph R. Wheeler*
        JOSEPH R. WHEELER
20         Deputy Attorney General

21     Attorneys for Defendants
    WESTIN, SMITH, NELSON and CALLISON

23           **ORDER**

24     Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

25 Dated: March 7, 2018.

        */s/ Edmund F. Brennan*
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE