1  EMMETT C. STANTON (CSB No. 83930)
   estanton@fenwick.com
2  GEOFFREY MILLER (CSB No. 308676)
   gmiller@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: 650.988.8500
   Facsimile: 650.938.5200

6  EWA M. DAVISON (WSBA No. 39524)
7  edavison@fenwick.com
   FENWICK & WEST LLP
8  1191 Second Avenue, 10th Floor
   Seattle, WA 98101
9  Telephone: 206.389.4510
   Facsimile: 206.389.4511

Attorneys for TAI HUYNH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HUYNH,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN HUBBARD, et al.,<br><br>    Defendants. | Case No.: 2:09-cv-1979 MCE CKD P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS PER DKT. NO. 94** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | Plaintiff Tai Huynh and Defendants, pursuant to Local Rules 143 and 144, hereby |
| 2 | stipulate as follows: |
| 3 | The parties appeared before the Court for a settlement conference on November 30, 2017. |
| 4 | At that conference, pursuant to representations by counsel for the parties, the Court determined |
| 5 | that the matter was settled and ordered dispositional documents to be filed not later than 90 days |
| 6 | thereafter, or March 6, 2018. Dkt. No. 94. |
| 7 | On March 7, 2018, after having exchanged drafts of a settlement agreement and |
| 8 | conferring via telephone, the parties filed a stipulation to extend the time to file dispositional |
| 9 | document by 60 days to May 7, 2017. |
| 10 | The parties reached an agreement in principle in which the parties will submit |
| 11 | dispositional documents to the court after performance of certain terms of the settlement |
| 12 | agreement. In order to permit the parties time to execute the agreement and complete |
| 13 | performance these terms of the agreement, the parties stipulated to and the Court ordered an |
| 14 | extension of the deadline to file dispositional documents by 120 days, to September 4, 2018. |
| 15 | The parties have since executed the agreement and believe that each of the terms of the |
| 16 | settlement agreement have been performed. In order to permit Mr. Huynh, who is currently |
| 17 | located at California Men's Colony State Prison, an opportunity to confirm receipt of payment |
| 18 | subject to the terms of the settlement agreement, the parties hereby stipulate, subject to the |
| 19 | Court's approval, to extend the deadline to file dispositional documents by 30 days. |
| 20 | Good cause exists for the extension as the parties, through their respective counsel, have |
| 21 | worked diligently to complete the settlement agreement and perform all terms prior to the |
| 22 | September 4, 2018 deadline. Additional time is requested in order to permit Mr. Huynh sufficient |
| 23 | time to confirm receipt of payment. |
| 24 | **NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties, and |
| 25 | subject to the Court's approval, that the deadline to file dispositional documents is extended by |
| 26 | 30 days. |
| 27 | |
| 28 | |

Dated: September 4, 2018      FENWICK & WEST LLP

By: s/ *Geoffrey R. Miller*
    Geoffrey R. Miller

Attorneys for TAI HUYNH

Dated: September 4, 2018      XAVIER BECERRA
                              Attorney General of California

By: s/ *Joseph R. Wheeler*
    JOSEPH R. WHEELER
    Deputy Attorney General

Attorneys for Defendants

## **ATTESTATION OF SIGNATURES**

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/*s*/) within this e-filed document.

*/s/ Geoffrey R. Miller*
Geoffrey R. Miller

## **ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

Dated: September 5, 2018.

Honorable Edmund F. Brennan
United States Magistrate Judge